**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| IGNAT TUGANOV, |  |
| Plaintiff, | Adversary Proceeding Case No. 23-01024 (MG) |
| v. |  |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CESIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; CELSIUS US HOLDING LLC, GK8 LTD., GK8 UK LIMITED, AND GK8 USA LLC |  |
| Defendants. |  |

**SECOND FOREIGN SUMMONS AND NOTICE OF**
**PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> **Clerk of the Court**
> **United States Bankruptcy Court**
> **Southern District of New York**
> **One Bowling Green**
> **New York, New York 10004−1408**

---

[1] The above-captioned debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956), GK8 Ltd. (1209), GK8 UK Limited (0893), and GK8 USA LLC (9450). The location of Celsius Network LLC's principal place of business and the debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| Jeffrey S. Sabin<br>VENABLE LLP<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Email: JSSabin@Venable.com<br><br>and<br><br>Andrew J. Currie<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>Email: ajcurrie@venable.com |

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408 | Room: Courtroom 523 (MG)<br>One Bowling Green<br>New York, New York 10004−1408<br>Date and Time: **TBD** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 3/31/2023

Vito Genna

*Clerk of the Court*

By: /s/ Jonathan Ramos

*Deputy Clerk*