**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| IGNAT TUGANOV, | |
| Plaintiff, | Adversary Proceeding |
| | Case No. 23-01024 (MG) |
| v. | |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CESIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; CELSIUS US HOLDING LLC, GK8 LTD., GK8 UK LIMITED, AND GK8 USA LLC | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Carol A. Weiner, counsel at the law firm of Venable LLP, hereby certify that:

1.      On March 20, 2023, I caused a true and correct copy of the *Complaint for Declaratory Relief Pursuant to 11 U.S.C. § 105(a), Bankruptcy Rules 7001(2) and (9), and 28 U.S.C. § 2201 Declaring That (A) Defendants' Businesses Were Operated as a Ponzi Scheme and (B) Defendants' Estates Should Be Substantively Consolidated* [Chapter 11 Case ECF No. 2279] to be served via the Court's CM/ECF system, by electronic mail, and by USPS first class

---

[1] The above-captioned debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956), GK8 Ltd. (1209), GK8 UK Limited (0893), and GK8 USA LLC (9450). The location of Celsius Network LLC's principal place of business and the debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

mail in accordance with the *Amended Final Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures, And (II) Granting Related Relief* [Dkt. No. 1181].

2. On April 3, 2023, I caused a true and correct copy of the *Second Foreign Summons and Notice of Pre-Trial Conference in Adversary Proceeding* [Adversary Proceeding ECF No.3] and the *Complaint for Declaratory Relief Pursuant to 11 U.S.C. § 105(a), Bankruptcy Rules 7001(2) and (9), and 28 U.S.C. § 2201 Declaring That (A) Defendants' Businesses Were Operated as a Ponzi Scheme and (B) Defendants' Estates Should Be Substantively Consolidated* [Adversary Proceeding ECF No. 1] to be served in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure on the above-captioned defendants as set forth on Exhibit A.

Dated: New York, New York
April 4, 2023

                VENABLE LLP

By:   */s/ Carol A. Weiner*
      Carol A. Weiner
      151 W. 52nd St.
      New York, New York 10036
      Telephone: (212) 503-0896
      Facsimile: (212) 307-5598
      Email: CWeinerLevy@venable.com

# EXHIBIT A

## VIA USPS FIRST CLASS MAIL

Celsius Network LLC *et al.*
50 Harrison St.
Suite 209F
Hoboken, New Jersey 07030
Attn: Chris Ferraro

Kirkland and Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua Sussberg

Celsius Network Limited and Celsius KeyFi LLC
c/o Akin Gump Strauss Hauer & Feld LLP
2300 N. Field St.
Suite 1800
Dallas, TX 75201
Attn:   Jessica Mannon
        Elizabeth D. Scott

## VIA ELECTRONIC MAIL

Kirkland and Ellis LLP
JSUSSBERG@KIRKLAND.COM

c/o Akin Gump Strauss Hauer & Feld LLP
JMANNON@AKINGUMP.COM
EDSCOTT@AKINGUMP.COM